# UNITED STATES DISTRICT COURT

Southern District of California

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,

V.

HUMAN TOUCH, LLC, a Delaware Company; INTERACTIVE HEALTH, INC., a Delaware Corporation; and DOES 1-100.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: '08 CV 1080 L POR

COPY FILED 08 JUN 18 PM 2:47 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: ECC DEPUTY

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Rd., Suite 200
San Diego, CA 92121
858-362-3151

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

JUN 1 8 2008

CLERK    DATE

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com