AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF California

JENS ERIK SORENSEN, as Trustee of SORENSEN
RESEARCH AND DEVELOPMENT TRUST

v.

Human Touch LLC, et al.

**APPEARANCE**

Case Number: 08cv01080 L POR

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Jens Erik Sorensen, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST.
Plaintiff respectfully requests that all pleadings and other documents be addressed to his counsel as follows:
Melody A. Kramer
Kramer Law Office, Inc.
9930 Mesa Rim Road, Suite 1600
San Diego, CA 92121
Telephone (858)362-3150
mak@kramerlawip.com

I certify that I am admitted to practice in this court.

June 20, 2008
Date

Signature

Melody A. Kramer          SBN 169984
Print Name                Bar Number

9930 Mesa Rim Rd., Suite 1600
Address

San Diego        CA        92121
City             State     Zip Code

858-362-3150              858-824-9073
Phone Number              Fax Number

American LegalNet, Inc.
www.USCourtForms.com