J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　Plaintiff<br>　v.<br><br>HUMAN TOUCH LLC, a Delaware company, INTERACTIVE HEALTH, Inc., a Delaware corporation; and DOES 1 – 100,<br><br>　　　　　Defendants. | Case No. 08cv1080 BTM CAB<br><br>NOTICE OF WITHDRAWAL OF DOCUMENTS |

1  Plaintiff JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN
2  RESEARCH AND DEVELOPMENT TRUST ("SRDT"), hereby gives notice of
3  withdrawal of Docket #7 and Docket #8 due to typographical error in service date
4  entered into ECF.

DATED this Tuesday, July 15, 2008.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

/s/ Melody A. Kramer
Melody A. Kramer, Esq.
J. Michael Kaler
Attorney for Plaintiff