AO 440 (Rev. 8/01) Summons in a Civil Action

**ORIGINAL**

# UNITED STATES DISTRICT COURT

Southern District of California

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,

V.

HUMAN TOUCH, LLC, a Delaware Company; INTERACTIVE HEALTH, INC., a Delaware Corporation; and DOES 1-100.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: '08 CV 1080 L POR

TO: (Name and address of Defendant)

Human Touch, LLC
National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Rd., Suite 200
San Diego, CA 92121
858-362-3151

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

JUN 1 8 2008

CLERK                                        DATE

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  July 1, 2008 |
| NAME OF SERVER (PRINT)  Melody A. Kramer | TITLE  Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Mailed via Certified Mail.

| STATEMENT OF SERVICE FEES | | | | | |
|---|---|---|---|---|---|
| TRAVEL  $0.00 | | SERVICES  $7.60 | | TOTAL  $7.60 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 14, 2008
              Date                Signature of Server

9930 Mesa Rim Rd., Suite 1600
San Diego, CA 92121
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

DOVER DE 19904

| | | |
|---|---|---|
| Postage | $2.70 | 0121 |
| Certified Fee | $2.70 | |
| Return Receipt Fee | $2.20 | |
| Restricted Delivery Fee | $0.00 | |
| Total Postage & Fees | $7.60 | |

7001 0320 0004 3020 1342

Interactive Health, Inc.; Human Touch LLC
160 Greentree Drive, Suite 101
Dover, DE 19904

PS Form 3800, January 2001   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Interactive Health, Inc.
   Human Touch LLC
   National Registered Agents, Inc.
   160 Greentree Drive, Suite 101
   Dover, DE 19904

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Frances Burris    ☒ Agent  ☐ Addressee
B. Received by (Printed Name): Frances Burris
C. Date of Delivery: 7/7/08
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7001 0320 0004 3020 1342

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540