**SYED A. HASAN, CA Bar No. 167323**
art.hasan@cph.com
**GARY DUKARICH, CA Bar No. 188561**
gary.dukarich@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Defendants
Human Touch LLC and
Interactive Health, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>HUMAN TOUCH LLC, a Delaware company, INTERACTIVE HEALTH, INC., a Delaware corporation; and DOES 1-100,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 08-CV-1080-BTM (CAB)<br><br>**DEFENDANTS/COUNTER-CLAIMANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**Hon. Barry Ted Moskowitz** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, Defendants/Counterclaimants Human Touch LLC and Interactive Health, Inc. hereby state that Interactive Health, Inc. is the parent corporation of Human

/ / /

CHRISTIE, PARKER & HALE, LLP

Touch LLC, and that Interactive Health, Inc. has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

DATED: July 31, 2008

Respectfully submitted,
CHRISTIE, PARKER & HALE, LLP


By   /s/  Gary Dukarich
    Syed A. Hassan
    Gary Dukarich
    E-mail: gsd@cph.com

Attorneys for Defendants
Human Touch LLC and
Interactive Health, Inc.

# CERTIFICATE OF SERVICE

I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. I am a registered user of the CM/ECF system for the United States District Court for the Southern District of California.

On July 31, 2008 I electronically filed the foregoing document, styled as **DEFENDANTS/COUNTERCLAIMANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST**, with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action, listed below, are registered CM/ECF users and will be served by the CM/ECF system.

J. Michael Kaler, Esq.
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California  92121
Tel: (858) 362-3151
michael@kalerlaw.com

Melody A. Kramer, Esq.
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California  92121
Tel: (858) 362-3150
mak@kramerlawip.com

I declare under penalties of perjury under the laws of the United States that the foregoing is true and correct.

    /s/  Gary Dukarich
Gary Dukarich

GSD IRV1114981.1-*-07/31/08 3:20 PM

-3-   Case No. 08cv1080

CHRISTIE, PARKER & HALE, LLP