**SYED A. HASAN, CA Bar No. 167323**
art.hasan@cph.com
**GARY DUKARICH, CA Bar No. 188561**
gary.dukarich@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Defendants
Human Touch LLC and
Interactive Health, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>HUMAN TOUCH LLC, a Delaware company, INTERACTIVE HEALTH, INC., a Delaware corporation; and DOES 1-100,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 08-CV-1080-BTM (CAB)<br><br>**DEFENDANTS/COUNTER-CLAIMANTS' NOTICE OF MOTION AND MOTION TO STAY**<br><br>Date: September 12, 2008<br>Time: 11:00 a.m.<br>Ctrm: 15 (5th Floor)<br><br>*Per Chambers: No Oral Argument Unless Requested by Court*<br><br>**Hon. Barry Ted Moskowitz** |

**PLEASE TAKE NOTICE** that on September 12, 2008, at 11:00 a.m. or as soon thereafter as counsel may be heard, before the Honorable Barry Ted Moskowitz in Courtroom 15, located on the Fifth Floor at the Edward J. Schwartz United States Courthouse, 940 Front Street, San Diego, California, 92101, Defendants/Counterclaimants Human Touch LLC and Interactive Health, Inc.

CHRISTIE, PARKER & HALE, LLP

will, and hereby do, move this Court to stay all proceedings in the above-captioned Action pending the outcome of the United States Patent and Trademark Office's reexamination of the patent-in-suit, U.S. Patent No. 4,935,184. However, chambers has advised that no oral argument will be held unless the Court requests it.

Defendants/Counterclaimants' motion is based on this notice, the accompanying Memorandum of Points and Authorities in support, the contents of the Court's file to date, and such evidence and arguments as may be presented at the hearing of this motion if such a hearing is held.

DATED: July 31, 2008　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　CHRISTIE, PARKER & HALE, LLP


By   /s/ Gary Dukarich
　　Syed A. Hassan
　　Gary Dukarich
　　E-mail: gsd@cph.com

Attorneys for Defendants
Human Touch LLC and
Interactive Health, Inc.

# CERTIFICATE OF SERVICE

I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. I am a registered user of the CM/ECF system for the United States District Court for the Southern District of California.

On July 31, 2008 I electronically filed the foregoing document, styled as **DEFENDANTS/COUNTER-CLAIMANTS' NOTICE OF MOTION AND MOTION TO STAY**, with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action, listed below, are registered CM/ECF users and will be served by the CM/ECF system.

J. Michael Kaler, Esq.
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California  92121
Tel: (858) 362-3151
michael@kalerlaw.com

Melody A. Kramer, Esq.
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California  92121
Tel: (858) 362-3150
mak@kramerlawip.com

I declare under penalties of perjury under the laws of the United States that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　/s/  Gary Dukarich
　　　　　　　　　　　　　　　　　　　　　Gary Dukarich

GSD IRV1114985.1-*-07/31/08 4:38 PM

**SYED A. HASAN, CA Bar No. 167323**
art.hasan@cph.com
**GARY DUKARICH, CA Bar No. 188561**
gary.dukarich@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Defendants
Human Touch LLC and
Interactive Health, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>HUMAN TOUCH LLC, a Delaware company, INTERACTIVE HEALTH, INC., a Delaware corporation; and DOES 1-100,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 08-CV-1080-BTM (CAB)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS/ COUNTERCLAIMANTS' MOTION TO STAY**<br><br>Date: September 12, 2008<br>Time: 11:00 a.m.<br>Ctrm: 15 (5th Floor)<br><br>*Per Chambers: No Oral Argument Unless Requested by Court*<br><br>**Hon. Barry Ted Moskowitz** |

As the Court is no doubt aware, Plaintiff/Counterdefendant Sorensen is currently maintaining before this Court approximately two dozen actions based on the same patent asserted in this Action, U.S. Patent No. 4,935,184 (the "'184 Patent"). As the Court also knows, the '184 Patent is currently in reexamination before the United States Patent and Trademark Office, and approximately twenty

CHRISTIE, PARKER & HALE, LLP

of Plaintiff/Counterdefendant's actions have been stayed by this Court. (See Notice of Related Cases, Dkt. #4.) According to the Notice of Related Cases, this is at least in part "because the presiding judge has indicated a preference for a consolidated claim construction hearing."

The present Defendants/Counterclaimants appear to be in no different position from any of the other defending and counterclaiming parties in those twenty actions, and Defendants/Counterclaimants know of no reason why this Action is special or should not be stayed as well, pending the outcome of the reexamination. According to the Court's Stay Order dated April 25, 2008 in Case. No. 08-CV-60-BTM (CAB), *Sorensen v. Rally Manufacturing, Inc.*, and related cases, Plaintiff has not established undue prejudice from such a stay, and the reexamination will simplify issues for the Court and save expense for the parties. *See, e.g., Xerox Corp. v. 3Com Corp.*, 69 F. Supp. 2d 404, 406 (W.D.N.Y. 1999).

Defendants/Counterclaimants accordingly request that this Action be stayed, pending the outcome of the reexamination.

DATED: July 31, 2008                Respectfully submitted,
                                    CHRISTIE, PARKER & HALE, LLP


                                    By    /s/  Gary Dukarich
                                        Syed A. Hassan
                                        Gary Dukarich
                                        E-mail: gsd@cph.com

                                    Attorneys for Defendants
                                    Human Touch LLC and
                                    Interactive Health, Inc.

# CERTIFICATE OF SERVICE

I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. I am a registered user of the CM/ECF system for the United States District Court for the Southern District of California.

On July 31, 2008 I electronically filed the foregoing document, styled as **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS/COUNTERCLAIMANTS' MOTION TO STAY**, with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action, listed below, are registered CM/ECF users and will be served by the CM/ECF system.

J. Michael Kaler, Esq.
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California  92121
Tel: (858) 362-3151
michael@kalerlaw.com

Melody A. Kramer, Esq.
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California  92121
Tel: (858) 362-3150
mak@kramerlawip.com

I declare under penalties of perjury under the laws of the United States that the foregoing is true and correct.

          /s/  Gary Dukarich_____
          Gary Dukarich

GSD IRV1114987.1-*-07/31/08 4:32 PM