J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>             Plaintiff<br>    v.<br><br>HUMAN TOUCH LLC, a Delaware company, INTERACTIVE HEALTH LLC, a Delaware company; and DOES 1 – 100,<br><br>             Defendants.<br>_____<br>and related counterclaims. | Case No. 08 CV 1080 BTM CAB<br><br>**PLAINTIFF'S REPLY TO COUNTERCLAIMS** |

Plaintiff/Counterdefendant Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust ("SRDT"), hereby respectfully replies to the specific affirmative defenses and numbered paragraphs identified of the Counterclaims of Defendants/Counterclaimants Human Touch LLC and Interactive Health LLC (collectively, "Defendants") as follows:

## COUNTERCLAIMS

1. Upon current information and belief, admit.
2. Upon current information and belief, admit.
3. Admit that Counterdefendant is the owner of all rights to United States Patent No. 4,935,184, a copy of which is attached as Exhibit A to the Complaint, and admit that Counterdefendant is an individual residing in California, trustee of the Sorensen Research and Development Trust, a trust organized according to the laws of the State of California. Otherwise, denied.
4. Admit.
5. Admit.
6. Admit.

## COUNT ONE

7. Plaintiff SRDT incorporates by reference the responses to paragraphs 1 through 6 as though fully set forth herein.
8. Deny.
9. Deny.
10. Deny.
11. Admit, per Plaintiff's Complaint.
12. Deny.

## COUNT TWO

13. Plaintiff SRDT incorporates by reference the responses to paragraphs 1

1  through 12 as though fully set forth herein.

2      14.    Admit that a judiciable controversy exists between the parties.

3      15.    Deny.

4      16.    Deny.

5      17.    Admit, per Plaintiff's Complaint.

6      18.    Deny.

**WHEREFORE,** Plaintiff SRDT prays that judgment on Defendants/Counterclaimants' Counterclaims be entered as follows:

    a.    For judgment in favor of SRDT and against Defendants/Counterclaimants' on all requested relief;

    b.    That this case be decreed an "exceptional case" and SRDT is awarded reasonable attorneys' fees by the Court pursuant to 35 U.S.C. § 285;

    c.    For costs of suit herein incurred;

    d.    For such other and further relief as the Court may deem just and proper.

DATED this Monday, August 04, 2008.

                  JENS ERIK SORENSEN, as Trustee of
                  SORENSEN RESEARCH AND DEVELOPMENT
                  TRUST, Plaintiff

                  /s/ J. Michael Kaler
                  J. Michael Kaler, Esq.
                  Melody A. Kramer, Esq.
                  Attorney for Plaintiff

# PROOF OF SERVICE

I, J. Michael Kaler, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kaler Law Offices, 9930 Mesa Rim Road, Suite 200, San Diego, California, 92121.

On Monday, August 04, 2008, I served the following documents:

## PLAINTIFF'S REPLY TO COUNTERCLAIMS

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Gary Dukarich<br>Christie, Parker & Hale, LLP<br>350 West Colorado Blvd, Ste. 500<br>Post Office Box 7068<br>Pasadena, California 91109-7068<br>gsd@cph.com<br>Kristen.Geraci@cph.com | Defendants/<br>Counterclaimants<br>HUMAN TOUCH LLC &<br>INTERACTIVE HEALTH<br>LLC | Email - Pleadings Filed with the Court via ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Monday, August 04, 2008, in San Diego, California.

1
2                                             /s/ J. Michael Kaler
3                                             J. Michael Kaler
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5.