1  **SYED A. HASAN, CA Bar No. 167323**
   art.hasan@cph.com
2  **GARY DUKARICH, CA Bar No. 188561**
   gary.dukarich@cph.com
3  **CHRISTIE, PARKER & HALE, LLP**
   350 West Colorado Boulevard, Suite 500
4  Post Office Box 7068
   Pasadena, California 91109-7068
5  Telephone: (626) 795-9900
   Facsimile: (626) 577-8800
6

7  Attorneys for Defendants
   Human Touch LLC and
8  Interactive Health, Inc.

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>HUMAN TOUCH LLC, a Delaware company, INTERACTIVE HEALTH, INC., a Delaware corporation; and DOES 1-100,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 08-CV-1080-BTM (CAB)<br><br>**DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION RE LATE FILING**<br><br>Motion:<br>Date: September 12, 2008<br>Time: 11:00 a.m.<br>Ctrm: 15 (5th Floor)<br><br>*Per Chambers: No Oral Argument Unless Requested by Court*<br><br>**Hon. Barry Ted Moskowitz** |

TO COUNSEL OF RECORD AND THIS HONORABLE COURT:

PLEASE TAKE NOTICE that Defendants do not oppose Plaintiff's *ex parte* application filed September 2, 2008 (Dkt. #16) re the one-day-late filing of

/ / /

CHRISTIE, PARKER & HALE, LLP

1  Plaintiff's Opposition to Defendants' Motion to Stay. Defendants further do not
2  request any extension of the due date for their Reply.

4  DATED:  September 2, 2008     Respectfully submitted,
5                                 CHRISTIE, PARKER & HALE, LLP

8                                 By    /s/  Gary Dukarich
                                     Syed A. Hassan
9                                    Gary Dukarich
                                     E-mail: gsd@cph.com

11                                Attorneys for Defendants
                                  Human Touch LLC and
12                                Interactive Health, Inc.

# CERTIFICATE OF SERVICE

I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. I am a registered user of the CM/ECF system for the United States District Court for the Southern District of California.

On September 2, 2008 I electronically filed the foregoing document, styled as **DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION RE LATE FILING**, with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action, listed below, are registered CM/ECF users and will be served by the CM/ECF system.

J. Michael Kaler, Esq.
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California  92121
Tel: (858) 362-3151
michael@kalerlaw.com

Melody A. Kramer, Esq.
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California  92121
Tel: (858) 362-3150
mak@kramerlawip.com

I declare under penalties of perjury under the laws of the United States that the foregoing is true and correct.

    /s/  Gary Dukarich_____
Gary Dukarich

GSD IRV1114987.1-*-07/31/08 4:32 PM

CHRISTIE, PARKER & HALE, LLP