J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　　Plaintiff<br>　v.<br><br>HUMAN TOUCH LLC, a Delaware company, INTERACTIVE HEALTH, Inc., a Delaware corporation; and DOES 1 – 100,<br><br>　　　　　　Defendants. | Case No. 08cv1080 BTM CAB<br><br>**ORDER ON PLAINTIFF'S *EX PARTE* REQUEST FOR LATE FILING OF OPPOSITION TO MOTION FOR STAY**<br><br>Date:  September 12, 2008<br>Time:  11:00 a.m.<br>Courtroom:  15, Fifth Floor<br>Hon. Barry Ted Moskowitz |

1  THE COURT, having reviewed Plaintiff's *Ex Parte* Request for Late Filing of
2  Opposition to Motion for Stay, and finding good cause, orders as follows:
3      1.    The Court grants leave to Plaintiff to file the following documents
4  attached to the *Ex Parte* Request on September 2, 2008:
5          a.    OPPOSITION TO DEFENDANT'S MOTION TO STAY; and
6          b.    DECLARATION OF MELODY A. KRAMER IN SUPPORT OF
7  OPPOSITION TO DEFENDANT'S MOTION TO STAY.
8      2.    Defendant's deadline for filing a Reply to said Opposition documents is
9  extended until September 17, 2008.
10
11 IT IS SO ORDERED.
12
13 DATED this 9/2/2008.
14
15         Honorable Barry Ted Moskowitz
        United State District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28