UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>    Plaintiff,<br><br>    vs.<br><br>HUMAN TOUCH LLC, a Delaware company, INTERACTIVE HEALTH, INC., a Delaware corporation; and DOES 1-100,<br><br>    Defendants. | Case No. 08-CV-1080-BTM (CAB)<br><br>**ORDER FOR FILING OF FIRST AMENDED COUNTERCLAIM** |
| AND RELATED COUNTERCLAIM. | **Hon. Barry Ted Moskowitz** |

Pursuant to Federal Rules of Civil Procedure 15(a) and 60(a) and upon stipulation of the parties,

**IT IS HEREBY ORDERED** that the form of First Amended Counterclaim lodged with the Court by Defendants/Counterclaimants be, and it hereby is, accepted for filing, and filed;

**IT IS FURTHER ORDERED** that Plaintiff/Counterdefendant shall have

CHRISTIE, PARKER & HALE, LLP

1  ten days from this date to file his Answer to First Amended Counterclaim;

2  **IT IS FURTHER ORDERED** that these filings may be made regardless of any order entered by the Court staying this Action.

Dated: September 3, 2008.

Honorable Barry Ted Moskowitz
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. On September 5, 2008, at time of transmitting to chambers the foregoing document, styled as **ORDER FOR FILING OF FIRST AMENDED COUNTERCLAIM**, I also served the same by electronic mail on the following parties:

J. Michael Kaler, Esq.
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California  92121
Tel: (858) 362-3151
michael@kalerlaw.com

Melody A. Kramer, Esq.
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California  92121
Tel: (858) 362-3150
mak@kramerlawip.com

I declare under penalties of perjury under the laws of the United States that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　/s/  Gary Dukarich_____
　　　　　　　　　　　　　　　　　　Gary Dukarich

GSD IRV1114990.1-*-07/31/08 5:02 PM

CHRISTIE, PARKER & HALE, LLP

-3-　　　　　　　　　　Case No. 08cv1080